UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-

JASON KORTBAWI,

      Defendant.
-----------------------------------------------------------------x

**ORDER**
12 CR 442 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a teleconference, on the defendant's violation of supervised release, on Tuesday, June 16, 2020, at 11:30 a.m.

To join the telephone conference, the parties should dial 888-363-4749 and enter access code 1613818.

SO ORDERED.

Dated: New York, New York
       June 12, 2020

                                             _/s/ Kimba M. Wood_
                                             KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE