# CARLA SANDERSON

ATTORNEY   NY, NJ, SDNY, EDNY

260 MADISON AVENUE FL 22 | T 646.499.3818
NEW YORK, NEW YORK 10016 | F 646.499.3814
carla@carlasandersonlaw.com | carlasandersonlaw.com

June 15, 2020

**Via ECF**
The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, N.Y. 1007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 6/15/20
```

Re:   United States v. Jason Kortbawi
      16-Cv-04934 (KMW), 12-Cr-442 (KMW)

Dear Judge Wood:

    I write to respectfully request an adjournment of the status conference on Mr. Kortbawi's Violation of Supervised Release ("VOSR") scheduled for June 16, 2020 at 11:30am. Undersigned counsel was appointed to represent Mr. Kortbawi in his motion to vacate his conviction pursuant to 28 U.S. Code § 2255. On June 12, 2020, a summons was issued on the VOSR. Undersigned counsel was recently informed that the government will be seeking detention on the VOSR. In order to provide counsel time to discuss possible conditions of release and bail arguments with Mr. Kortbawi, counsel respectfully requests the June 16 appearance be adjourned to the following times when all parties are available: June 18, 2020 at 4:00pm or June 22, 2020 after 1:00pm. The government (AUSA Emily Johnson) does not object to this request.

    Thank you for your time and consideration.

*[Handwritten note:]* The teleconference is adjourned to Monday, June 22, 2020, at 1:30 p.m. The parties should dial the same number and access code found in the Court's June 12, 2020 order.

Respectfully Submitted,

/s/
_____
Carla M. Sanderson, Esq.
260 Madison Avenue, Flr. 22
New York, New York 10016
t 646.499.3818
f 646.499.3814
Carla@carlasandersonlaw.com

*[Signed:]* Kimba M. Wood   6/15/20
SO ORDERED