```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/22/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

JASON KORTBAWI,

                    Defendant.
----------------------------------------------------------X

12-CR-442 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

       The Court finds, based on the defendant's alleged violations of supervised release, that the defendant poses a risk of danger to the community. The defendant is hereby ordered remanded, and shall surrender to the Metropolitan Correctional Center by 11:00 a.m. on Tuesday, June 23, 2020.

       SO ORDERED.
Dated: New York, New York
         June 22, 2020

                                        /s/ Kimba M. Wood /
                                         KIMBA M. WOOD
                                   United States District Judge