# CARLA SANDERSON

ATTORNEY  NY, NJ, SDNY, EDNY

260 MADISON AVENUE, FLR. 22
NEW YORK, NEW YORK 10016
carla@carlasandersonlaw.com   carlasandersonlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 1/12/21

January 12, 2021

The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, N.Y. 1007

**MEMO ENDORSED**

Re:   United States v. Jason Kortbawi
      12-Cr-442 (KMW)

Dear Judge Wood:

The parties submit this joint letter to inform the Court that a disposition in Mr. Kortbawi's VOSR case has been reached and to request a date for Mr. Kortbawi's admission to specifications #6 and #8 of the VOSR and sentencing. Mr. Kortbawi consents to proceed remotely for this hearing if an in-person proceeding is unavailable. The parties plan to submit sentencing submissions in advance of the sentencing date and respectfully request that the Court set a date the week of February 22, 2021. The parties are available any day that week except for February 26, 2021.

Thank you for your time and consideration.

*Sentencing on the violation is scheduled for March 1, 2021, at 11:00 a.m.*

*Defendant's submission is due by February 19.*

*Government submission is due by February 23.*

Respectfully Submitted,

/s/

Carla M. Sanderson, Esq.
260 Madison Avenue, Flr. 22
New York, New York 10016
t 646.499.3818
f 646.499.3814
Carla@carlasandersonlaw.com

SO ORDERED:   N.Y., N.Y.   1/12/21

_____
KIMBA M. WOOD
U.S.D.J.